# EXHIBIT B

DOC # 20090027906
Notice of Lis Pendens Page 1 of 2
Russell Shirts Washington County Recorder
07/20/2009 09:38:33 AM Fee $ 12.00
By SCHWENKE A PAUL

After recording, return to:

Robert G. Culas, Esq. (Bar No. 7045)
Attorney for Plaintiff
9730 South 700 East, Suite 207
Sandy, Utah 84070.
Telephone: 801 836 2356
Fax: 801 472 6386
Email: rculas@culaslaw.com

## NOTICE OF LIS PENDENS

NOTICE is hereby given that a law suit is pending before the United States District Court for the District of Utah, Central Division, by and between James McInnis, as plaintiff, and First Horizon Home Loans, and John Does 1 through 5, defendants, Case No. 2:09-CV-00585 DAK

The outcome of the lawsuit is certain to affect the title of that certain residential real property located at 3052 N. Snow Canyon Parkway #95, St. George, Utah 84770 and more particularly described as,

> Lot 95, The Cliffs of Snow Canyon Plat "B", Amended & Extended, According to the Official Plat thereof on file and of record in the Washington County Recorder's Office.
> Tax Serial Number: County: SG- cosc-B-95 City:

Dated this 26 day of June 2009.

_____
Robert G. Culas, Esq.
Attorney for Plaintiff

1

ACKNOWLEDGMENT

State of Utah )
:ss
County of Salt Lake )

On this 26th day of June, in the year 2009, before me, a notary public, personally appeared Robert G. Culas and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged he executed the same.
Witness my hand and official seal.

SEAL 

NOTARY PUBLIC residing in
Salt Lake County

My commission expires:
2/84/2010

**Washington County Recorder**
87 North 200 East Ste 101
St George, UT 84770

### Receipt: 09108528

| Product | Name | Extended |
|---|---|---|
| 335 | Notice of LIS Pendens | $12.00 |
| # Pages | | 2 |
| Document # | | 20090027906 |
| Document Info: | SCHWENKE A PAUL PO BOX 910393 SAINT GEORGE, UT 84791 | |
| Recording Fee | | $12.00 |
| **Total** | | **$12.00** |
| Tender (Cash) | | $12.00 |
| Paid By | A PAUL SCHWENKE | |

Thank You

**Mon Jul 20 09:38:33 MDT 2009 lldesenb**